No. D–164.   IN RE DISBARMENT OF MACURDY.   It is ordered that Thomas E. Macurdy, of Natrona Heights, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–165.   IN RE DISBARMENT OF ROTHBART.   It is ordered that Norman Shine Rothbart, of Northbrook, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–166.   IN RE DISBARMENT OF KAUFMAN.   It is ordered that Robert Kaufman, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–167.   IN RE DISBARMENT OF REISER.   It is ordered that Arthur A. Reiser, Jr., of Western Springs, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–168.   IN RE DISBARMENT OF POWELL.   It is ordered that Paul Lee Powell, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 78–605.   UNITED STATES ET AL. *v.* RUTHERFORD ET AL. C. A. 10th Cir.   [Certiorari granted, 439 U. S. 1127.]   Motion of Northwest Academy of Preventive Medicine for leave to file a brief as *amicus curiae* granted.